UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
                                                              :
 In re WILLIAM CURTIS WOOD,                                   :
                                                              :
                                         Debtor.              :
                                                              :
------------------------------------------------------------- X
                                                              :
 WILLIAM CURTIS WOOD,                                         :
                                                              :
                                         Appellant,           :
                                                              :
                     v.                                       :
                                                              :
 TAMARA FOX,                                                  :
                                                              :
                                         Appellee.            :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/08/2025

1:25-cv-4722-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 2, 2025, attorney Dawn Kirby filed a motion to withdraw as counsel for the Debtor/Appellant William Curtis Wood. Dkt. No. 3. The Court will hold a conference regarding Ms. Kirby's motion on July 11, 2025 at 3:00 p.m. Counsel for all parties must appear at this conference. Mr. Wood is also ordered to appear. Ms. Kirby is directed to serve a copy of this order on Mr. Wood.

The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: July 8, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge