UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/14/2025
```

---------------------------------------------------------------X
                :

In re WILLIAM CURTIS WOOD,        :

                :

           Debtor.  :       1:25-cv-4722-GHW

                :

-----------------------------------------------------------X      <u>ORDER</u>

                :

WILLIAM CURTIS WOOD,      :

                :

          Appellant,  :

                :

           v.         :

                :

TAMARA FOX,            :

                :

          Appellee.  :

                :

-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the July 11, 2025 conference, Dawn Kirby's motion to withdraw as counsel for the Appellant William Curtis Wood, Dkt. No. 3, is granted.

Additionally, as stated on the record, pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellant's brief must be served and filed within 30 days after the docketing of notice that the record has been transmitted or is available electronically. Appellee's brief must be served and filed within 30 days after service of Appellant's brief, and Appellant may serve and file a reply brief within 14 days after service of Appellee's brief.

The Clerk of Court is directed to:

1) Terminate Attorney Kirby from the list of active counsel in this case;

2) Terminate the motion pending at Dkt. No. 3;

3) Update Mr. Wood's phone number and email address on the docket to

    (917) 885-9444 and williamcwoodnyc@gmail.com, respectively;

4)  Update Mr. Wood's address on the docket and mail a copy of this order to

Mr. Wood at:

William Curtis Wood
250 West 104th Street, #61
New York, New York, 10025

SO ORDERED.

Dated:  July 14, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge