UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2025
```

**William Curtis Wood**

**Debtor/Appellant**

Write the full name of each plaintiff or petitioner.

-against-

**Tamara Fox**

**Creditor/Appellee**

Write the full name of each defendant or respondent.

No. 25 - CV - 04722 (GHW)

**MEMORANDUM ENDORSED**

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on  **08/21/2025**.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ■ a computer with internet access and a word processor

    type of computer I will be using: **Lenovo Thinkpad X13 laptop**

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

type of word processor I will be using: **Microsoft Word**

- an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- a scanner to convert documents that are only in paper format into electronic files

  scanning equipment I will be using: **Fujitsu fi-7160 scanner**

- a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

  version of PDF reader and writer that I will be using: **Adobe Acrobat**

- a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

**08/27/2025**　　　　　　　　　　　*William Curtis Wood*
Dated　　　　　　　　　　　　　　　Signature

**William Curtis Wood**
Name

**250 W 104th St Apt 61 New York　　NY　　10025**
Address　　　　　　　　　City　　　　　　　　State　　Zip Code

**(917) 885-9444**　　　　　　　**williamcwoodnyc@gmail.com**
Telephone Number　　　　　　　　E-mail Address

Application granted. William Curtis Wood is granted permission to participate in electronic case filing in this case. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.

Dated: September 3, 2025
New York, New York　　　　_____
　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　United States District Judge

2