UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:
WILLIAM CURTIS WOOD,
Debtor.
-------------------------------------------------------------X
WILLIAM CURTIS WOOD,
Appellant,
v.
TAMARA FOX,
Appellee.
-------------------------------------------------------------X

Re:   In re William Curtis Wood (Case No. 1:25-cv-04722 (GHW)
      Appeal from Bankruptcy Case No. 24-11718 (DSJ)

**Letter Clarifying Correct Filing (Dkt. 14); Superseding Prior Submission (Dkt. 13) which was Submitted in Error**

Dated: September 6, 2025

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Woods:

1. I respectfully notify the Court that the documents filed as Docket Entry 14, including all attachments, are intended to supersede and correct my previous filing at Docket 13 and its attachments, which were filed in error.

1

2. I apologize for any confusion and respectfully request that the Court and parties refer to Docket 14 as the operative response to the Order to Show Cause (Docket 7).

Dated: September 6, 2025
New York, NY

Respectfully submitted,

/s/ William Curtis Wood

_____
William Curtis Wood
250 West 104th Street, Apt. 61
New York, NY 10025
(917) 885-9444
williamcwoodnyc@gmail.com
Pro Se Appellant

CC: Michael Munjun Yi, Esq.  (via ECF)