```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
In re WILLIAM CURTIS WOOD,                                     :
                                                               :
                                         Debtor.               :        1:25-cv-4722-GHW
                                                               :
-------------------------------------------------------------- X              ORDER
                                                               :
WILLIAM CURTIS WOOD,                                           :
                                                               :
                                         Appellant,            :
                                                               :
                          v.                                   :
                                                               :
TAMARA FOX,                                                    :
                                                               :
                                         Appellee.             :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2025

GREGORY H. WOODS, United States District Judge:

On August 21, 2025, the Court issued an order to show cause as to why this case should not be dismissed pursuant to the Federal Rules of Bankruptcy Procedure or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because there was no indication on the docket that Appellant filed the designation of the items to be included in the record on appeal as required by Federal Rule of Bankruptcy Procedure Rule 8009(a)(1).  Dkt. No. 7.  Days later, on August 25, 2025, the Court received notice that the record of appeal was completed and had been transmitted from the Bankruptcy Court.  Dkt. No. 9.  On September 6, 2025, Mr. Wood also responded to the order to show cause.  Dkt. Nos. 13-15.  Accordingly, the Court takes no further action with respect to its August 21, 2025 order to show cause.

Additionally, on July 21, 2025, Appellant filed a second notice of appeal, 1:25-cv-5964-GHW, which appeals from a June 3, 2025 order that merely memorializes the May 13, 2025 opinion at issue in this appeal.  Because Appellant's two actions appeal substantially the same issue, namely,

the substance of the May 13, 2025 opinion, the parties are directed to meet and confer, and to submit a letter to the Court by no later than September 22, 2025 regarding whether there is a need to have two open matters appealing the same issue, and whether one of the cases should be dismissed in order to streamline the adjudication of these actions.

    SO ORDERED.

Dated: September 15, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge