

NEW YORK         99 Madison Avenue, 8th Floor
                 New York, New York 10016

                 Tel  (212) 271-0664
                 Fax  (212) 271-0665

                 michaelyi@lacwkrr.com

September 19, 2025

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007-1312

      Re:    *In Re: William Curtis Wood*
               *Case No. 1:25-cv-04722-GHW*

Dear Judge Woods:

      Our firm is counsel of record to the appellee Tamara Fox in the referenced proceeding.

      Pursuant to the Court's Order of September 15, 2025, I have conferred with *pro se* appellant William Curtis Wood (the "Appellant").  The Appellant agrees that the second appeal (1:25-cv-5964-GHW) is duplicative of the first appeal (1:25-cv-4722-GHW).  Accordingly, the parties jointly request that his second appeal be dismissed in order to streamline the adjudication of this matter.

      Respectfully,

      Michael M. Yi

cc (via ECF):  William Curtis Wood