UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:
WILLIAM CURTIS WOOD,
Debtor.
-------------------------------------------------------------X
WILLIAM CURTIS WOOD,
Appellant,
v.
TAMARA FOX,
Appellee.
-------------------------------------------------------------X

Re:   In re William Curtis Wood (Case No. 1:25-cv-04722-GHW
      Appeal from Bankruptcy Case No. 24-11718 (DSJ)

**Letter Regarding Record Preservation upon Dismissal of Duplicative Appeal**

Dated: September 19, 2025

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Woods:

I write in my capacity as pro se appellant to respectfully request, in connection with the proposed dismissal of my duplicative appeal (Case No. 1:25-cv-05964-GHW), that the Court expressly confirm the following:

   1.   That all filings, record materials, and submissions made under the second appeal, including the Statement of Issues and Designation of Record, are deemed fully incorporated into and considered timely as part of the record in the surviving appeal, Case No. 1:25-cv-04722-GHW.

   2.   That the dismissal of the duplicative appeal will result in no procedural prejudice as to any record, briefing, or filing deadlines affecting my surviving appeal.

1

3. That the record for the first appeal is complete, and the case may proceed on the merits.

This request is made to ensure that all relevant appellate materials are considered, and that there is no risk of procedural disadvantage as a result of streamlining the adjudication.

Thank you for your consideration.

Respectfully submitted,


/s/ William Curtis Wood

_____
William Curtis Wood
250 West 104th Street, Apt. 61
New York, NY 10025
(917) 885-9444
williamcwoodnyc@gmail.com
Pro Se Appellant


CC (via ECF): Michael M. Yi, Esq.