UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:
WILLIAM CURTIS WOOD,
Debtor.
-------------------------------------------------------------X
WILLIAM CURTIS WOOD,
Appellant,

v.

TAMARA FOX,
Appellee.
-------------------------------------------------------------X

Re:   In re William Curtis Wood (Case No. 1:25-cv-04722-GHW)
      In re William Curtis Wood (Case No. 1:25-cv-05964-GHW)
      Appeals from Bankruptcy Case No. 24-11718 (DSJ)

**Letter Consenting to Dismissal of Duplicative Appeal (Case No. 1:25-cv-05964-GHW)**

Dated: September 22, 2025

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Woods:

    I write to unconditionally consent to dismissal of the duplicative appeal, Case No. 1:25-cv-05964-GHW, pursuant to the court's prior instruction. Thank you for considering this request.

1

Respectfully submitted,


/s/ William Curtis Wood
_____
William Curtis Wood
250 West 104th Street, Apt. 61
New York, NY 10025
(917) 885-9444
williamcwoodnyc@gmail.com
Pro Se Appellant


CC (via ECF): Michael M. Yi, Esq.