UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                            :
WILLIAM CURTIS WOOD,                              :
Debtor.                                           :     Case No. 25-cv-4722-GHW
-------------------------------------------------------------X
WILLIAM CURTIS WOOD,                              :
Appellant,                                        :
                                                  :
v.                                                :
                                                  :
TAMARA FOX,                                       :
Appellee.                                         :
-------------------------------------------------------------X

**DEBTOR'S DECLARATION OF NON-PARTICIPATION**
**CONCERNING MATERIAL SUBMITTED (ECF No. 5)**

I, William Curtis Wood, hereby declare as follows:

1. I submit this declaration in connection with the materials filed by Michael M. Yi, Esq., at Dkt. No. 5 in this appellate proceeding, including his cover letter dated July 11, 2025 and the two letters appended to Dkt. No. 5. The first appended letter is identical to the anonymous letter that was filed on July 9, 2025 into my bankruptcy case pending [SDNY Bankr. Case No. 24-11718 (DSJ), Dkt. No. 39]. The second appended letter is addressed to the Attorney Grievance Committee, Departmental Disciplinary Committee, New York State Supreme Court, Appellate Division, First Department.

2. I respectfully state for the record that I have had no knowledge of, involvement with, input to, or association with any third-party or anonymous filings — including amicus letters, grievance communications, or references to my divorce, matrimonial, or bankruptcy proceedings — entered in this bankruptcy case, the matrimonial case involving Dr. Tamara Fox and myself, or

1

referenced in any appellate or related proceedings, including but not limited to filings made by other litigants in separate cases.

       3.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 25, 2025

*/s/ William Curtis Wood*

_____
WILLIAM CURTIS WOOD
250 West 104th Street, Apt. 61
New York, NY 10025
(917) 885-9444
Email: williamcwoodnyc@gmail.com
Appellant, Pro Se