UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                  :
WILLIAM CURTIS WOOD,                                    :
Debtor.                                                 :
-------------------------------------------------------------X   Case No. 25-cv-4722-GHW
WILLIAM CURTIS WOOD,                                    :
Appellant,                                              :
                                                        :        **MOTION FOR EXTENSION**
v.                                                      :        **OF TIME TO FILE**
                                                        :        **APPELLANT'S REPLY BRIEF**
TAMARA FOX,                                             :
Appellee.                                               :
-------------------------------------------------------------X

Appellant William C. Wood, appearing pro se, respectfully moves the Court, pursuant to Fed. R. Bankr. P. 8011(a), for a 21-day extension of time to file his Reply Brief. The Reply Brief is presently due on November 7, 2025. This is Appellant's first request for an extension of this deadline.

Good cause exists for this request. Over the past two weeks, Appellant has had significant overlapping professional and parental obligations, including:

1. Primary parenting responsibilities on both recent weekends,
2. Ongoing maintenance of his medical practice,
3. Preparation for a November 6, 2025 status conference in the related matrimonial matter, and
4. Active efforts to secure additional employment to stabilize income.

1

These responsibilities have reasonably limited the time available to complete a clear and thorough Reply Brief. This request is made in good faith, before the current deadline, and not for the purpose of delay.

No prejudice will result to Appellee by granting this brief extension. Allowing the additional time will assist the Court by ensuring that the legal issues are presented in a complete and well-organized manner.

Accordingly, Appellant respectfully requests that the Court extend the deadline for filing the Reply Brief to November 28, 2025, or to such other date as the Court deems appropriate.

Dated: New York, New York
November 5, 2025

Respectfully submitted,

*/s/ William Curtis Wood*
_____
WILLIAM CURTIS WOOD
250 West 104th Street, Apt. 61
New York, NY 10025
(917) 885-9444
Email: williamcwoodnyc@gmail.com
Appellant, Pro Se