UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

In re WILLIAM CURTIS WOOD,

                                          Debtor.

-----------------------------------------------------------------------X

WILLIAM CURTIS WOOD,

                                   Appellant,

            v.

TAMARA FOX,

                                   Appellee.

-----------------------------------------------------------------------X

**1:25-cv-4722-GHW**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2026

GREGORY H. WOODS, United States District Judge:

    The Court will hold oral argument on Appellant's bankruptcy appeal on April 6, 2026 at 3:00 p.m., in Courtroom 14C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.  The parties must appear in person.

    SO ORDERED.

Dated:  March 30, 2026
New York, New York

                                    GREGORY H. WOODS
                              United States District Judge