UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

WILLIAM CURTIS WOOD,

          Debtor.

-----------------------------------------------------------------X

WILLIAM CURTIS WOOD,

          Appellant,

   - against -

TAMARA FOX,

          Appellee.

-----------------------------------------------------------------X

RECEIVED
SDNY PRO SE OFFICE

2026 APR -2 PM 3: 38

Case No. 1:25-cv-04722-GHW

**CERTIFICATE OF SERVICE**

I, Tamara Fox, hereby certify that, on April 1, 2026, I served Appellee's Brief, dated April 1, 2026, by causing a true and correct copy thereof to be delivered to:

    WILLIAM CURTIS WOOD
    250 West 104th Street, Apt. 61
    New York, New York 10025

    *Pro Se Appellant*

Dated: New York, New York
       April 1, 2026

                         Tamara Fox

                         *Pro Se Appellee*

I, William Curtis Wood, hereby certify that on April 1, 2026, I received Appellee's Brief, dated April 1, 2026.

                         William Wood

                         *Pro Se Appellant*