USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

In re WILLIAM CURTIS WOOD,

                    Debtor.

------------------------------------------------------------------------- X

WILLIAM CURTIS WOOD,

                    Appellant,

      v.

TAMARA FOX,

                    Appellee.

------------------------------------------------------------------------- X

1:25-cv-4722-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On April 6, 2026, the Court held a hearing with respect to Appellant's bankruptcy appeal. For the reasons stated on the record during that hearing, Appellant's bankruptcy appeal is denied, and the Bankruptcy Court's order is affirmed in full. The basis for the Court's ruling is set forth in the transcript of the April 6, 2026 hearing.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to enter judgment for Appellee and close this case.

SO ORDERED.

Dated: April 7, 2026
New York, New York

                    GREGORY H. WOODS
                United States District Judge