**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re WILLIAM CURTIS WOOD,

                                    Debtor.
-------------------------------------------------------------------X
WILLIAM CURTIS WOOD,

                                    Appellant,

           -against-                                        25 **CIVIL** 4722 (GHW)

                                                            **JUDGMENT**

TAMARA FOX,

                                    Appellee.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 7, 2026, On April 6, 2026, the Court held a hearing with

respect to Appellant's bankruptcy appeal. For the reasons stated on the record during that

hearing, Appellant's bankruptcy appeal is denied, and the Bankruptcy Court's order is affirmed in

full. The basis for the Court's ruling is set forth in the transcript of the April 6, 2026 hearing. The

Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

April 8, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**