UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
In re:

WILLIAM CURTIS WOOD,

              Debtor.
--------------------------------------------------------------------X
WILLIAM CURTIS WOOD,

              Appellant,

    - against -

TAMARA FOX,

              Appellee.
--------------------------------------------------------------------X

RECEIVED
SDNY PRO SE OFFICE

2026 APR -2 PM 3: 38

Case No. 1:25-cv-04722-GHW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2026

**MEMORANDUM ENDORSED**

### Motion to Self-Represent in Federal Appellate Court

This motion is submitted to the United States District Court, Southern District of New York by the Appellee, Tamara Fox. I respectfully request to represent myself, *pro se*, in the case In re: WILLIAM CURTIS WOOD, 1:25-cv-04722-GHW, and that my attorney in this case, Michael Munjun Yi of Lee Anav Chung White Kim Ruger & Richter LLP (LACWKRR), 99 Madison Avenue, 8th Floor, New York, NY 10016, be relieved of his role representing me in this matter.

Mr. Yi's firm, LACWKRR, represented me from March 2021 until November 2025 in the matrimonial matter filed by the Appellant, William Wood, in July 2020[1]. By prolonging the matrimonial action for nearly six (6) years, the Appellant drove up the costs of litigation and

---

[1] The "Matrimonial matter" refers to William Wood v. Tamara Fox, Index number 365159/2020, currently before the Hon. Linda Capitti in New York County Supreme Court, which the Appellant, William Wood, filed in secret in July 2020.

1

forced me to spend hundreds of thousands of dollars in attorney's fees. I currently owe

LACWKRR more than one hundred thousand dollars ($100,000) that I am unable to pay, a debt

the Appellant was Ordered in July 2024 to help pay but has not. As such, I cannot ask Mr. Yi to

continue representing me. With this motion I am asking the Court please to relieve Mr. Yi of his

responsibility to represent me and to allow me to self-represent.

In making this request, I understand that representing myself means I will be responsible

for complying with all applicable rules and procedures.

## Background

1. **Personal Information**

   Name:              Tamara Fox
   Mailing address:   215 West 104th Street, #1999, New York, NY  10025
   Phone Number:      (917) 588-4908
   Email:             *pro_se@renarde.net*

2. **Case Information**

   Original Court:   United States Bankruptcy Court, Southern District of New York
   Case Number:      24-11718-dsj
   Judgment date:    May 13, 2025

## Request for *Pro Se* Representation

I respectfully request the Court to allow me to represent myself in this appeal for the

following reasons:

- I am unable to afford legal representation.
- I have a personal interest in the outcome of this case.
- I believe I can adequately present my arguments and understand the legal issues involved.

## Acknowledgment of Responsibilities

I acknowledge that as a *pro se* litigant, I must adhere to all court rules and procedures. I

understand that failure to comply may result in dismissal of my appeal or other sanctions.

2

## Conclusion

For the reasons stated above, I respectfully request that the Court grant my Motion to represent myself in this Appeal. Thank you for your consideration.

Date:  New York, New York
       1 April 2026

**Signature**

Tamara Fox

*Pro Se Appellee*

Application is granted in part and denied in part.  Ms. Fox's counsel must first file a motion to withdraw in compliance with the requirements set forth in Local Civil Rule 1.4.  Ms. Fox's counsel will remain counsel of record unless and until the Court grants his motion to withdraw.  To the extent Ms. Fox moves to proceed *pro se* following the granting of such a motion, the application is granted.  The Court further notes that this bankruptcy appeal has been resolved, and the case is closed.  The Clerk of Court is directed to mail a copy of this order to Ms. Fox.

SO ORDERED.

Dated:  April 9, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

3